# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Cheryl Besser, individually and on behalf of all others similarly situated; | Case No. 2:13-cv-11559-BAF-DRG |
| Plaintiff, | |
| v. | |
| Talmer Bank and Trust, | |
| Defendant. | |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff Cheryl Besser ("Plaintiff"), and Defendant Talmer Bank and Trust ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) and Fed. R. Civ. P. 23(e), hereby stipulate to the dismissal of this action, with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of any alleged class members, and without costs or attorneys' fees to either party. No class has been certified in this action. Accordingly, class notice and Court approval of the settlement are not required under Fed R. Civ. P. 23(e).

The parties request that the Court retain jurisdiction to interpret and enforce the terms of the Stipulation and Settlement Agreement entered into by the parties.

| | | | |
|---|---|---|---|
| By: | /s/ Gary F. Lynch<br>Gary F. Lynch, Esquire<br>Carlson Lynch Ltd<br>PNC Park<br>115 Federal Street, Suite 210<br>Pittsburgh, PA  15212<br>Email:  glynch@carlsonlynch.com<br>Phone: 412-322-9243<br>Fax:     412-231-0246<br>*Attorneys for Plaintiff* | By: | /s/ Louis Theros<br>Louis Theros<br>Butzel Long, a professional corporation<br>150 W. Jefferson, Suite 100<br>Detroit, MI 48226<br>Email: theros@butzel.com<br>Phone:  313-225-7039<br>Fax:  313-225-7080<br>*Attorneys for Defendant* |

## ORDER

IT IS HEREBY ORDERED that Plaintiff's individual claims are dismissed with prejudice, and without costs or attorneys' fees to either party, and the claims of any alleged class members are dismissed without prejudice; and

IT IS HEREBY FURTHER ORDERED THAT this Court will retain jurisdiction to interpret and enforce the terms of the Stipulation and Settlement Agreement entered into by the parties.

September 26, 2013

_s/ Bernard A. Friedman_____
U.S. District Court Judge